**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NOBILIS AMENZU ISEMRAZE ALI,
Authorized Representative, Natural Person,
In Propria Persona Sui Juris In Lex Ex
Relatione William James Morris 2nd All
Rights Reserved U.C.C. 1-207/1-308,
U.C.C. 1-103, Not a Corporate Person on
Enity, Misrepresented by Fraudulent Construct,

Plaintiff,

vs.                                                         Case No.   3:11-cv-925-J-34JRK

UNITED STATES PARK SERVICE, et al.,

Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 6; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 27, 2012.  In the Report, Magistrate Judge Klindt recommends that this case be stayed so that the question of Plaintiff's competency can be resolved prior to any other action being taken in this matter, and that the Clerk of the Court be directed to administratively close this case.  See Report at 3.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

2. This case is **STAYED** until the question of Plaintiff's competency can be resolved.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

4. Kevin Frein, the Assistant United States Attorney assigned to Case No. 3:11-mj-1295-JRK, is **DIRECTED** to file status reports in this matter every **sixty (60) days** advising the Court of the status of the competency of Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Pro Se Parties

Kevin Frein, Assistant U.S. Attorney