**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NOBILIS AMENZU ISEMRAZE ALI,
Authorized Representative, Natural Person,
In Propria Persona Sui Juris In Lex Ex
Relatione William James Morris 2nd All
Rights Reserved U.C.C. 1-207/1-308,
U.C.C. 1-103, Not a Corporate Person on
Enity, Misrepresented by Fraudulent Construct,

           Plaintiff,

vs.                                 Case No.   3:11-cv-925-J-34JRK

UNITED STATES PARK SERVICE, et al.,

           Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 15, 2013.  In the Report, Magistrate Judge Klindt recommends that this case be dismissed without prejudice for failure to prosecute. See Report at 2.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of February, 2013.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Pro Se Party